IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| JOSEPH DEWAYNE CARLTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:07-cv-01851-LSC-RRA |
| SHERIFF JOHN M. TIREY, *et al*. | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 29, 2008, recommending that this action be dismissed without prejudice, pursuant to 42 U.S.C. § 1997e(a), in order for the plaintiff to exhaust administrative remedies available through the Walker County Jail. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice, pursuant to 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

Done this 3rd day of March 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019